**NETCRAFT CORPORATION,**
**Plaintiff–Appellant,**

v.

**EBAY, INC. and Paypal, Inc.,**
**Defendants–Appellees.**

Nos. 2008–1177, 2008–1263.

United States Court of Appeals,
Federal Circuit.

April 9, 2008.

ON MOTION

*ORDER*

The court treats Netcraft Corporation's statement in its "Supplemental Notice of Appeal," docketed as appeal no. 2008–1263, as a motion to dismiss its previous appeal, appeal no. 2008–1177.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2008–1177 is granted.

(2) The revised official caption in 2008–1263 is reflected above.

(3) Each side shall bear its own costs in 2008–1177.